IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER MITCHELL )<br>)<br>Plaintiff(s), )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, et al. )<br>)<br>Defendant(s) ) | Civil Action No. 06-0870 (RWR) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Wyneva Johnson, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

/s/
WYNEVA JOHNSON, D.C. Bar #278515
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7224