IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CIVIL ACTION NO. 06-0870-RWR

C. ELIJAH HAKEEM MUHAMMAD,
A/K/A CHRISTOPHER HEZIKAH MITCHELL,
            Plaintiff,

            -against-

UNITED STATES OF AMERICA, ET AL.,
            Defendant.

THE DECLARATION OF C. ELIJAH HAKEEM
MUHAMMAD

    C. Elijah Hakeem Muhammad, hereby
and state as follow:

    1. I am the Plaintiff in the above
entitled case. I make this declaration in
support of being indigents and is unable to
pay the monthly installments pursuant to
1915(b)(1).

    2. The attachment-A, that is accom-
pany this declaration pursuant to 28 U.S.C

RECEIVED
SEP 18 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GOOD CAUSE THAT THE PLAINTIFF IS UNABLE TO PAY THE MONTHLY INSTALLMENTS.

ATTACHMENT-"A"    VERIFICATION OF PERSON ATIMATE ACCOUNT INQUIRY. 3-PAGES

WHEREFORE, THE PLAINTIFF IN THIS CASE REQUEST THAT THE COURT ACCEPT THIS 3RD DECLARATION TO SHOW CAUSE IN THE MONTH OF SEPTEMBER, 2006, WHY HE HAS NO ASSETS AND NO OTHER MEANS BY WHICH TO MAKE THE MONTHLY INSTALLMENTS.

PURSUANT TO TITLE 28 U.S.C. 1746, I DECLARE UNDER PENALTY OF PERJURY UNDER LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

EXECUTED THIS 11TH DAY OF SEPTEMBER, 2006

C. El-pl Hakeem Mahmud
C. ELIJAH HAKEEM MAHMUD
O/K/A CHRISTOPHER HIJRAH MITCHELL
REG NO #02791-088



| Inmate Inquiry | | | |
|---|---|---|---|
| Inmate Reg #: | 02791088 | Current Institution: | Florence ADX |
| Inmate Name: | MITCHELL, CHRISTOPHER | Housing Unit: | J |
| Report Date: | 09-08-2006 | Living Quarters: | J04-204L |
| Report Time: | 12:20:11 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 9387 |
| PAC #: | |
| FRP Participation Status: | Completed |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 5/16/2002 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 9/5/2006 11:07:44 AM |
| Account Status: | Active |
| Phone Balance: | $3.07 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $60.45 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $60.45 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |

*[Signature]* , Case Manager, by the Act of July 7, as amended, to administer oaths (18 USC 4004)

| | |
|---|---|
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.00 |
| National 6 Months Deposits: | $77.04 |
| National 6 Months Withdrawals: | $20.07 |
| National 6 Months Avg Daily Balance: | $40.62 |
| Local Max. Balance - Prev. 30 Days: | $65.65 |
| Average Balance - Prev. 30 Days: | $64.91 |

## Commissary History

**Purchases**

| | |
|---|---|
| Validation Period Purchases: | $2.20 |
| YTD Purchases: | $11.01 |
| Last Sales Date: | 9/5/2006 11:07:44 AM |

**SPO Information**

| | |
|---|---|
| SPO's this Month: | 0 |
| SPO $ this Quarter: | $0.00 |

**Spending Limit Info**

| | |
|---|---|
| Spending Limit Override: | No |
| Weekly Revalidation: | No |
| Spending Limit: | $215.00 |
| Expended Spending Limit: | $2.20 |
| Remaining Spending Limit: | $212.80 |

## Commissary Restrictions

*[Signature]* Case Manager, by the Act of July 7, as amended, to administer oaths (18 USC 4004)

**Spending Limit Restrictions**

|  |  |
|---|---|
| Restricted Spending Limit: | $0.00 |
| Restricted Expended Amount: | $0.00 |
| Restricted Remaining Spending Limit: | $0.00 |
| Restriction Start Date: | N/A |
| Restriction End Date: | N/A |

**Item Restrictions**

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

Comments:

_____, Case Manager,
___ by the Act of July 7,
_, as amended, to administer
oaths (18 USC 4004)

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING DECLARATION (2) WITH ATTACHMENT, (2) WAS MAILED VIA 2ND CLASS MAIL ON THE 12TH DAY OF SEPTEMBER, 2006, TO OFFICE OF THE CLERK, U.S. DISTRICT COURT, DISTRICT OF COLUMBIA, U.S. COURTHOUSE, 333 CONSTITUTION AVENUE, N.W., WASHINGTON, D.C. 20001.