**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CHRISTOPHER MITCHELL**  ) | |
| ) | |
| ) | |
| **Plaintiff(s),**  ) | |
| ) | |
| **v.**  ) | **Civil Action No. 06-0870 (RWR)** |
| ) | |
| **UNITED STATES OF AMERICA, et al.**  ) | |
| ) | |
| ) | |
| ) | |
| **Defendant(s)**  ) | |
| ) | |

### ORDER

UPON CONSIDERATION of Defendants' Motion to Dismiss or, in the

Alternative, for a More Definite Statement, any Opposition thereto, and the entire record, it this __

_____day of _____, 2006.

ORDERED that Defendants' motion should be, and it hereby is, GRANTED, and it is

FURTHER ORDERED that Plaintiff's Complaint is hereby DISMISSED.

_____                          _____
DATE                                 UNITED STATES DISTRICT JUDGE


Copies to:

Attorney for Defendants              Pro Se Plaintiff
WYNEVA JOHNSON                       CHRISTOPHER MITCHELL
Assistant United States Attorney     R02791-088
555 4TH Street, N.W., Civil Division UNITED STATES PENITENTIARY
Washington, D.C. 20530               P.O. Box 8500
                                     Florence, CO 81226-8500