UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER MITCHELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA *et al.*, )<br>)<br>)<br>Defendants. )<br>) | Civil Action No. 06-0870 (RWR) |

ORDER

Pending before the Court is defendants' motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) or for a more definite statement pursuant to Fed. R. Civ. P. 12(e). Defendants rightly assert that the complaint "is impossible to decipher because the handwriting is simply unintelligible." Motion at 1. The complaint therefore does not comply with the minimal pleading requirements necessary to providing adequate notice to defendants of a claim. *See* Fed. R. Civ. P. 8(a). Accordingly, it is hereby

ORDERED that defendants' motion for a more definite statement [Dkt. No. 10] is GRANTED; and it is further

ORDERED that by **November 20, 2006**, plaintiff shall file a *legible* (typed preferred), double-spaced amended complaint that sets forth (1) the basis of federal court jurisdiction, (2) a short and plain statement of each claim showing his entitlement to relief, and (3) a demand for the relief sought. If plaintiff does not respond in the manner stated within the time provided, the complaint will be stricken pursuant to Fed. R. Civ. P. 12(e) and the case will be dismissed.

_____/s/_____
RICHARD W. ROBERTS
DATE: October 17, 2006           United States District Judge