IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CIVIL ACTION NO. 06-0870-RWR

RECEIVED
OCT 3 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

C. ELIJAH HAKEEM MUHAMMAD
A/K/A CHRISTOPHER ELIJAH MITCHELL
                              Plaintiff

-against-

UNITED STATES OF AMERICA, ET AL.,
                              Defendants

FOURTH DECLARATION OF C. ELIJAH
HAKEEM MUHAMMAD

C. ELIJAH HAKEEM MUHAMMAD, HERE-
BY AVERS AND STATES AS FOLLOWS:

1. I AM THE PLAINTIFF IN THE ABOVE
ENTITLED CASE. I MAKE THIS DECLARATION
IN SUPPORT OF BEING PAUPERIS AND IS UNA-
BLE TO PAY THE MONTHLY INSTALLMENTS
PURSUANT TO 1915(b)(1).

2. THE ATTACHMENT-A THAT IS ACCOM-
PANY THIS DECLARATION PURSUANT TO 28
U.S.C. 1746, ARE A TRUE AND ACCURATE

Declaration are a accurate verification of the document as indicated, to show good cause that the Plaintiff is unable to pay the monthly installments.

Attachment-"A"  Verification of Jackson-AI Inmate Account Inquiry. 2-pages

Wherefore, the Plaintiff in this case request that the Court accept this 4th. Declaration to show cause in the month of October, 2006, why he had no assets and no other means by which to make the monthly installments.

Pursuant to Title 28 U.S.C. 1746, I declare under penalty of perjury under laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 22nd. day of October, 2006

C. Elgin Harben Mehrum



**Inmate Inquiry**

| | | | |
|---|---|---|---|
| Inmate Reg #: | 02791088 | Current Institution: | Florence ADX |
| Inmate Name: | MITCHELL, CHRISTOPHER | Housing Unit: | J |
| Report Date: | 10/10/2006 | Living Quarters: | J04-204L |
| Report Time: | 9:50:10 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 9387 |
| PAC #: | |
| FRP Participation Status: | Completed |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 5/16/2002 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 10/4/2006 12:11:59 AM |
| Account Status: | Active |
| Phone Balance: | $0.08 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $63.67 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $57.33 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $6.34 |
| National 6 Months Deposits: | $57.76 |
| National 6 Months Withdrawals: | $33.70 |
| National 6 Months Avg Daily Balance: | $48.08 |
| Local Max. Balance - Prev. 30 Days: | $92.17 |
| Average Balance - Prev. 30 Days: | $65.62 |

_____, Case Manager,
authorized by the Act of July 7,
1955, as amended, to administer
oaths (18 USC 4004)

## Commissary History

### Purchases

Validation Period Purchases: $0.00
YTD Purchases: $0.00
Last Sales Date: 9/5/2006 11:07:44 AM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $215.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $215.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

*[Signature]*
*Authorized by the Act of July 7, 1955, as amended, to administer oaths (18 USC 4004)*

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

Comments:

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Declaration(s) with attachment(s) was mailed via 2nd class mail on the 23rd day of October, 2006 to Office of the Clerk, U.S. District Court, District of Columbia, U.S. Courthouse, 333 Constitution Avenue, N.W., Washington, DC 20001.