IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTOPHER MITCHELL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-0870 (RWR) |
| ) | |
| **UNITED STATES OF AMERICA, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANTS' RENEWED MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT

Defendants respectfully renew their Motion to Dismiss or, in the Alternative, for a More Definite Statement. The Amended Complaint is, again, hand written and difficult to decipher because the handwriting is simply unintelligible. Defendants are unable to determine Plaintiff's claims before the Court and unable to respond to the Complaint as drafted. Defendants incorporate, by reference, the arguments set forth in Defendants' Motion to Dismiss or, in the Alternative, for a More Definite Statement, ECF Document No. 10. Accordingly, Defendants request that the Renewed Motion be granted.

Respectfully submitted,

\_\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
Assistant United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

\_\_/s/_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was mailed, postage pre-paid, to:

CHRISTOPHER MITCHELL
R02791-088
UNITED STATES PENITENTIARY
P.O. Box 8500
Florence, CO 81226-8500

on this _____6th\_\_\_\_ day of December, 2006.

      \_\_/s/_____
      WYNEVA   JOHNSON, D.C.   BAR   #   278515
      Assistant United States Attorney
      Judiciary Center Building
      555 4th Street, N.W. - Civil Division
      Washington, D.C.  20530
      (202) 514-7224