IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTOPHER MITCHELL,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**UNITED STATES OF AMERICA, et al.,** )<br>)<br>Defendants. )<br>) | Civil Action No. 06-0870 (RWR) |

## ORDER

Upon consideration of Defendants' Renewed Motion to Dismiss Or, in the Alternative, for a More Definite Statement, any Opposition thereto, and the Court having considered the entire record herein, it is, this _____ day of _____, 2006, hereby,

ORDERED, that Defendants' motion be, and hereby is GRANTED, and it is further,

ORDERED, that judgment be, and hereby is, entered in favor of Defendants.

_____                                   _____
Date                                                                          United States District Judge

Copies to:

Attorney for Defendants
Wyneva Johnson
Assistant United States Attorney
Civil Division
Judiciary Center Bldg.
555 4th Street, NW,
Washington, D.C. 20530

Pro Se
CHRISTOPHER MITCHELL
R02791-088
UNITED STATES PENITENTIARY
P.O. Box 8500
Florence, CO 81226-8500