IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CIVIL ACTION NO. 06-0870-RWR

C. ELIJAH HAKEEM MUHAMMAD,
A/K/A CHRISTOPHER HIZKIAH MITCHELL,
        Plaintiff,

-AGAINST-

UNITED STATES OF AMERICA, ET AL.,
        Defendants.

RECEIVED
DEC 0 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF'S MOTION TO EXTEND TIME TO SUBMIT DECLARATION AND CERTIFIED TRUST FUNDS ACCOUNT STATEMENT.

Plaintiff asks the Clerk of Court to extend the time to file declaration to satisfy IFRA requirements pursuant to 1915(b)(1).

A. INTRODUCTION

1. Plaintiff is C. Elijah Hakeem Muhammad, A/K/A Christopher Hizkiah Mitchell. Defendants are United States of America, Federal Bureau of Prisons, BOP Office of Information and Privacy, and Lappin.

2. On May 9, 2006, the Court granted Plaintiff leave to proceed pursuant to 28 U.S.C. 1915.

3. Since being granted leave to

1.

process without payment of initial partial filing fee, Plaintiff has submitted four declaration from July to October, 2006 to show cause in those months why he has no assets and no means by which to make the monthly payments with attach certified copies of his Trust Funds Account statement.

B. ARGUMENT

4. If a party files a motion to extend time pursuant to D.C. Local Civ. R., the Clerk may grant the motion upon showing of good cause. See Thompson v. E.I. DuPont de Nemours & Co., 76 F.3d 530, 532 (4th Cir. 1996)

5. The Clerk should grant the extension in this case because Plaintiff is being denied copies of his inmate Trust Fund Account Statement for the month of November, 2006. This being done to the Plaintiff to intentionally threaten, harass and retaliate for exercising his constitutional rights.

a. Granting an extension will not prejudice defendants

b. Granting an extension will not cause unreasonable delay or adversely affect the proceedings

2.

c. The reason for the delay to submit declaration with certified trust funds account statement, because plaintiff's Unit Counseling Team unable refuse to provide upon request, certified copies of his trust funds account statement.

d. Plaintiff acting in good faith requesting a extension of time

C. CONCLUSION

6. For these reasons, plaintiff asks the Clerk on the 1st extension under the Clerk's authority to extend the time to allow plaintiff to submit the declaration and certified trust funds account statement for the month of November, 2006, to be excuse, and allow time for the plaintiff submission of a declaration and documentation for the month of December, 2006.

November 28, 2006

Respectfully submitted

C. Elijah Hakeem Muhammad
C. Elijah Hakeem Muhammad
A/K/A Christopher Hijrah Mitchell
Reg. No. #02791-088
Florence-ADMAX USP

3.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING MOTION TO EXTEND TIME (3), WAS MAILED VIA U.S. CLASS MAIL ON THE 29TH DAY OF NOVEMBER, 2006, TO: OFFICE OF THE CLERK, DISTRICT OF COLUMBIA, U.S. COURTHOUSE, 333 CONSTITUTIONAL AVENUE, N.W., WASHINGTON D.C. 20001

RECEIVED
DEC 0 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT