UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHRISTOPHER MITCHELL, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-0870 (RWR) |
| UNITED STATES OF AMERICA *et al.*, ) | |
| Defendants. ) | |

ORDER

Pending before the Court is defendants' renewed motion to dismiss or for a more definite statement. Because defendants' motion could potentially dispose of this case, the Court will advise the *pro se* plaintiff of his obligations under the Federal Rules of Civil Procedure and the rules of this Court. *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988).

The plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within … such … time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

Local Civil Rule 7(b).

Additionally, the plaintiff is directed to Rule 6(e) of the Federal Rules of Civil Procedure which provides:

> Whenever a party has the right to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon the party and the notice or paper is served upon the party by mail, 3 days shall be added to the prescribed period.

Fed. R. Civ. P. 6(e).

The Court may treat as conceded any motion not opposed within the time limits outlined above. Alternatively, the Court may consider on the merits any motion not opposed

within the time limits outlined above. Thus, failure to respond to the defendant's motion in this case carries with it the risk that the case will be dismissed.

Regarding the defendants' argument in their motion that plaintiff's handwritten amended complaint is still difficult to decipher, the plaintiff is directed to this Court's Order of October 17, 2006 requiring that he submit an amended complaint that is legible <u>and</u> double-spaced, and warning that failure to do so would result in the complaint being dismissed under Federal Rule of Civil Procedure 12(e). Plaintiff is warned that his failure to comply fully with that Order by having submitted a single-spaced amended complaint still subjects him to dismissal of his case. It is hereby

ORDERED that the plaintiff shall file a <u>legible</u> (typed preferred), <u>double-spaced</u> response to the defendants' motion to dismiss or for a more definite statement no later than **February 2, 2007**. If the plaintiff does not respond in the manner stated within the time provided, the Court will treat the motion as conceded and may dismiss the case.

_____/s/_____
RICHARD W. ROBERTS
DATE: December 29, 2006           United States District Judge