UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| CHRISTOPHER MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 06-0870 (RWR) |
| | ) |
| UNITED STATES OF AMERICA *et al.*, | ) |
| | ) |
| | ) |
| Defendants. | ) |

_____)

ORDER

Plaintiff has not complied with the Order of December 29, 2006, directing him to

respond by February 2, 2007, to defendants' renewed motion to dismiss or for a more definite

statement.  Accordingly, it is hereby

ORDERED that defendants' renewed motion to dismiss [Dkt. No. 15] is GRANTED

as conceded.  It is further

ORDERED that this case is DISMISSED.  This is a final appealable Order.


_____/s/_____
RICHARD W. ROBERTS
DATE: April 10, 2007              United States District Judge