IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CIVIL ACTION NO. 06-0870 (RWR)

C. ELIJAH HAKEEM MUHAMMAD,
a/k/a CHRISTOPHER MICAH MITCHELL
                                            PLAINTIFF

-AGAINST-

UNITED STATES OF AMERICA, ET AL.,
                                            DEFENDANTS

NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN THAT C. ELIJAH HAKEEM MUHAMMAD, PLAINTIFF IN THE ABOVE NAMED CASE, APPEALS FROM THE ORDER OR JUDGMENT ENTERED ON APRIL 10, 2007.

DATED: APRIL 16, 2007

C. Elijah Hakeem Muhammad
C. ELIJAH HAKEEM MUHAMMAD
a/k/a CHRISTOPHER MITCHELL
REG. NO. #02791-088
FCI FLORENCE-ADMAX-USP

RECEIVED
APR 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I, C. ELIJAH HAKEEM MUHAMMAD, A/K/A CHRISTOPHER HEZIKAH MITCHELL, HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT A TRUE AND CORRECT COPY OF THE NOTICE OF APPEAL (S), BY PLACING SAID NOTICE IN A POSTAGE-PAID ENVELOPE AND MAILING SAID ENVELOPE VIA 2ND CLASS MAIL THIS 17TH DAY OF APRIL, 2007, TO CLERK'S OFFICE, FOR THE DISTRICT OF COLUMBIA, U.S. COURTHOUSE, 333 CONSTITUTION AVE., N.W., WASHINGTON, D.C. 20001.

C. Elijah Hakeem Muhammad                    APRIL 16, 2007
C. ELIJAH HAKEEM MUHAMMAD
A/K/A CHRISTOPHER HEZIKAH MITCHELL
REG. NO. #02791-088
FLORENCE ADMAX-USP
P.O. BOX 8500/04-20
FLORENCE, COLORADO
81226-8500