IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NO. 07-5135
(D.C. NO. 06-CV-0870 (RWR))

**RECEIVED**
JUL 1 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

C. ELIJAH HAKEEM MUHAMMAD,
a/k/a CHRISTOPHER MITCHELL,
    PLAINTIFF-APPELLANT,

v.

UNITED STATES OF AMERICA, ET AL.,
    DEFENDANTS-APPELLEES.

PRISONER'S MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED ON APPEAL PURSUANT TO FED. R. APP. P. 24(a)

I REQUEST LEAVE TO PROCEED ON APPEAL WITHOUT PREPAYMENT OF FEES OR SECURITY THEREFOR PURSUANT TO 28 U.S.C. 1917 AND FED. R. APP. P. 24(a). IN SUPPORT OF MY REQUEST, I DECLARE THAT:

1. I AM UNABLE TO PAY SUCH FEES OR GIVE SECURITY THEREFOR.

2. I AM ENTITLED TO REDRESS

3. THE NATURE OF THE ACTION IS: BIVENS 1331 ACTION.

4. MY ASSETS AND THEIR VALUE ARE LISTED IN THE ATTACH CERTIFIED/INDIVIDUAL TRUST FUND ACCOUNT STATEMENT

DECLARATION UNDER PENALTY OF PERJURY

I DECLARE UNDER PENALTY OF PERJURY THAT, BECAUSE OF MY POVERTY, I CANNOT PREPAY THE DOCKET FEES OF MY APPEAL OR POST A BOND FOR THEM. I BELIEVE I AM ENTITLED TO REDRESS. I SWEAR OR AFFIRM UNDER PENALTY OF PERJURY UNDER UNITED STATES LAW THAT MY ANSWERS IN THIS MOTION ARE TRUE AND CORRECT (28 U.S.C. 1746; 18 U.S.C. 1621).

EXECUTED ON <u>JULY 4, 2007</u>

C. Elijah Hakeem Muhammad
C. ELIJAH HAKEEM MUHAMMAD
A/K/A CHRISTOPHER MITCHELL
REG. NO. #02791-088
FLORENCE-ADMAX-USP
P.O. BOX 8500/FCC-409
FLORENCE, COLORADO
81226-8500

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING MOTION TO PROCEED ON APPEAL WITHOUT PREPAYMENT OF FEES (2) WITH ATTACHMENT (3), WAS SENT VIA 2ND CLASS MAIL ON THE 9TH DAY OF JULY, 2007, TO: CLERKS OFFICE FOR THE DISTRICT OF COLUMBIA.