Inmate StatementCombined

## Inmate Statement

🖶 PRIN

**FILED**

JUN 4 2007

WEST MON WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | | | |
|---|---|---|---|---|
| Inmate Reg #: | 02791088 | Current Institution: | Florence ADX | |
| Inmate Name: | MITCHELL, CHRISTOPHER | Housing Unit: | FLM-J | |
| Report Date: | 04/23/2007 | Living Quarters: | J04-207L | |
| Report Time: | 12:13:16 PM | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FLM | 2/12/2007 8:44:33 6 AM | | | | Sales | ($9.96) | | $156.22 |
| FLM | 2/1/2007 12:10:55 AM | H002310 - 314 | | | Debt Encumbrance - Released | | $10.00 | -------- |
| FLM | 2/1/2007 12:10:55 AM | H002310 | 3332 | | PLRA Payment | $0.00 | | $166.18 |
| FLM | 1/27/2007 12:10:14 AM | FFLMD482 - 320 | | | Debt Encumbrance - Released | | $31.60 | -------- |
| FLM | 1/27/2007 12:10:14 AM | FFLMD483 - 321 | | | Debt Encumbrance - Released | | $19.20 | -------- |
| FLM | 1/27/2007 12:10:14 AM | FFLMD481 - 319 | | | Debt Encumbrance - Released | | $14.00 | -------- |
| FLM | 1/27/2007 12:10:14 AM | FFLMD453 - 316 | | | Debt Encumbrance - Released | | $10.27 | -------- |
| FLM | 1/27/2007 12:10:14 AM | FFLMD480 - 318 | | | Debt Encumbrance - Released | | $8.19 | -------- |
| FLM | 1/27/2007 12:10:14 AM | FFLMD502 - 322 | | | Debt Encumbrance - Released | | $3.00 | -------- |
| FLM | 1/27/2007 12:10:14 AM | FFLMD453 - 814 | | | Debt Encumbrance - Released | | $2.63 | -------- |
| FLM | 1/27/2007 12:10:14 AM | FFLMD479 - 317 | | | Debt Encumbrance - Released | | $1.98 | -------- |
| FLM | 1/27/2007 12:10:14 AM | FFLMD479 - 486 | | | Debt Encumbrance - Released | | $0.32 | -------- |
| FLM | 1/27/2007 12:10:14 AM | FFLMD479 | | | Photo Copies | ($2.30) | | $242.17 |
| FLM | 1/27/2007 12:10:14 AM | FFLMD502 | | | Photo Copies | ($3.00) | | $166.18 |
| FLM | 1/27/2007 12:10:14 AM | FFLMD480 | | | Postage | ($8.19) | | $233.98 |
| FLM | 1/27/2007 12:10:14 AM | FFLMD453 | | | Photo Copies | ($12.90) | | $244.47 |
| FLM | 1/27/2007 12:10:14 AM | FFLMD481 | | | Photo Copies | ($14.00) | | $219.98 |
| FLM | 1/27/2007 12:10:14 AM | FFLMD483 | | | Photo Copies | ($19.20) | | $169.18 |
| FLM | 1/27/2007 12:10:14 AM | FFLMD482 | | | Photo Copies | ($31.60) | | $188.38 |
| FLM | 1/26/2007 5:01 AM | 2870175401 | | | Lockbox - CD | $200.00 | | $257.37 |
| FLM | 1/26/2007 5:01:28 AM | FFLMD505 - 323 | | | Debt Encumbrance | ($1.76) | | -------- |
| FLM | 1/26/2007 5:01:28 AM | FFLMD479 - 317 | | | Debt Encumbrance | ($1.98) | | -------- |
| FLM | 1/26/2007 5:01:28 AM | FFLMD502 - 322 | | | Debt Encumbrance | ($3.00) | | -------- |
| FLM | 1/26/2007 5:01:28 AM | FFLMD480 - 318 | | | Debt Encumbrance | ($8.19) | | -------- |
| FLM | 1/26/2007 5:01:28 AM | H002310 - 314 | | | Debt Encumbrance | ($10.00) | | -------- |
| FLM | 1/26/2007 5:01:28 AM | FFLMD453 - 316 | | | Debt Encumbrance | ($10.27) | | -------- |
| FLM | 1/26/2007 5:01:28 AM | FFLMD481 - 319 | | | Debt Encumbrance | ($14.00) | | -------- |
| FLM | 1/26/2007 5:01:28 AM | FFLMD483 - 321 | | | Debt Encumbrance | ($19.20) | | -------- |
| FLM | 1/26/2007 5:01:28 AM | FFLMD482 - 320 | | | Debt Encumbrance | ($31.60) | | -------- |
| FLM | 1/26/2007 5:01:28 AM | FFLMD431 - 315 | | | Debt Encumbrance | ($100.00) | | -------- |
| FLM | 11/27/2006 9:15:11 AM | GFLMD106 - 161 | | | Debt Encumbrance | ($0.04) | | -------- |
| FLM | 10/23/2006 10:21:18 AM | 14 | | | Sales | ($6.30) | | $57.37 |
| FLM | 10/1/2006 12:10:31 AM | H002310 - 811 | | | Debt Encumbrance - Released | | $5.00 | -------- |

*CASE MANAGER*

*K FLICK*

*K FLICK*

AUTHORIZED BY THE ACT OF JULY 27,  *Pg 1 of 2*

. TO ADMINISTER OATHS (18 U.S.C. 40

| FLM | 10/1/2006 12 10.31 AM | H002310 - 789 | Debt Encumbrance - Released | | $1 34 | -------- |
| FLM | 9/20/2006 12 10:15 AM | FFLMD452 - 465 | Debt Encumbrance - Released | | $13 79 | -------- |
| FLM | 9/20/2006 12 10 15 AM | FFLMD452 - 715 | Debt Encumbrance - Released | | $7 82 | -------- |
| FLM | 9/20/2006 12:10 15 AM | FFLMD452 - 813 | Debt Encumbrance - Released | | $4 87 | -------- |
| FLM | 9/20/2006 12 10 15 AM | FFLMD452 - 791 | Debt Encumbrance - Released | | $2 02 | -------- |
| FLM | 9/20/2006 12 10 15 AM | FFLMD452 | Photo Copies | ($28 50) | | $63 67 |
| FLM | 9/19/2006 6 56 41 AM | 70166501 | Lockbox - CD | $25 00 | | $92 17 |
| FLM | 9/19/2006 6 56 41 AM | FFLMD453 - 814 | Debt Encumbrance | | ($2 63) | -------- |
| FLM | 9/19/2006 6 56 41 AM | FFLMD452 - 813 | Debt Encumbrance | | ($4 87) | -------- |
| FLM | 9/19/2006 6 56 41 AM | H002310 - 811 | Debt Encumbrance | | ($5 00) | -------- |
| FLM | 9/19/2006 6 56 41 AM | FFLMD431 - 812 | Debt Encumbrance | | ($12 50) | -------- |
| FLM | 9/11/2006 9 00 07 AM | FIPP0806 | Payroll - IPP | $6 72 | | $67 17 |
| FLM | 9/11/2006 9 00 07 AM | H002310 - 789 | Debt Encumbrance | | ($1 34) | -------- |
| FLM | 9/11/2006 9 00 07 AM | FFLMD452 - 791 | Debt Encumbrance | | ($2 02) | -------- |
| FLM | 9/11/2006 9 00 07 AM | FFLMD431 - 790 | Debt Encumbrance | | ($3 36) | -------- |
| FLM | 9/5/2006 11 07 44 AM | | Sales | ($2 20) | | $60 45 |
| FLM | 9/3/2006 3 14 07 PM | ITS0903 | Phone Withdrawal | ($3 00) | | $62 65 |

1 2

**Total Transactions: 57**

Totals:    $116.61    ($116.57)

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| FLM | $0 04 | $0 00 | $156 18 | $0 00 | $0 00 | $0 00 | $0 00 | $156 22 |
| **Totals:** | **$0.04** | **$0.00** | **$156.18** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$156.22** |

K. Fluck, KFluck Case Manager

pg 2 of 2

THORIZED BY THE ACT OF JULY 27,
TO ADMINISTER OATHS (18 U.S.C. 40