# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5135**  **September Term, 2007**

06cv00870

Filed On: January 14, 2008

[1091987]
Christopher Mitchell, *a/k/a* C. Eli-Jah Hakeem Muhammad,
    Appellant

v.

United States of America, et al.,
    Appellees



ATTACHED: ___ Amending Order
               ___ Opinion
               ___ Order on Costs

**BEFORE:** Ginsburg, Chief Judge, and Sentelle and Brown, Circuit Judges

## ORDER

Upon consideration of the motion for summary affirmance, and the response thereto in the form of a brief; and the order to show cause filed October 17, 2007, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the motion for summary affirmance be granted without prejudice to appellant seeking appropriate relief in district court. See, e.g., Fed. R. Civ. P. 60(b). The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). If, as appellant claims on appeal, he did not receive the district court's order directing him to respond to the renewed motion to dismiss, then appellant could have moved to reopen the proceedings or for reconsideration of the final judgment. But he did not do so. It was consequently proper, given the record which was at that time before the district court, for that court to grant the motion to dismiss as conceded.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk